## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| **Karen Cason**                     ) | |
| 106 S. Springfield       ) | |
| Cuba, MO 65453,        ) | |
|                                 ) | |
|          Plaintiff,         ) | |
|                                 ) | Case No. 4:10-cv-01405-CAS |
| vs.                              ) | |
|                                 ) | |
| **Northstar Location Services, LLC**   ) | |
|                                 ) | |
|                                 ) | |
|                                 ) | |
|         Defendant.       ) | |

### Notice of Settlement

Plaintiff notifies the Court that the matter has been settled and requests the Court continue

the case for thirty days for stipulation for dismissal to be filed.

Respectfully submitted,


/s/ Steven R. White

_____

Purschke, White, Robinson & Becker LLC
STEVEN R. WHITE #74829, MBE 45595
316 E. Locust
Union, Missouri 63084
white@purschkewhite.com
(636) 583-5760  Fax: (866)804-1569
ATTORNEY FOR PLAINTIFF

1